DANIEL G. BOGDEN
United States Attorney
PATRICK M. WALSH
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, NV 89101
702-388-6050
FAX #702-388-6698

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:13-mj-0057-PAL |
| ) Plaintiff, ) | |
| ) vs. ) | STIPULATION TO CONTINUE PRELIMINARY HEARING |
| ) AMIR ADNAN ABNUKHATER, ) | |
| ) Defendant. ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between DANIEL G. BOGDEN, United States Attorney, and PATRICK M. WALSH, Assistant United States Attorney, counsel for the United States of America, and Rebecca A. Levy, counsel for defendant Amir Adnan Abnukhater, that the preliminary hearing in the above-captioned matter, currently scheduled for February 14, 2013, at the hour of 4:00 p.m., be vacated and continued for thirty (30) days, or to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. Parties are trying to resolve matter prior to indictment.

2. Additionally, denial of this request for continuance could result in a miscarriage of justice.

. . .

3. The additional time requested by this stipulation, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §3161(b) and §3161(h)(8)(A), considering the factors under 18 U.S.C. §3161(h)(8)(B)(i) and (iv).

DATED this 13th day of February, 2013.

    Respectfully submitted,

    DANIEL G. BOGDEN
    United States Attorney

    /s/ Patrick Walsh

    PATRICK WALSH
    Assistant United States Attorney

    /s/ Rebecca Levy

    REBECCA A. LEVY
    Counsel for defendant **ABUKHATER**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:13-mj-0057-PAL |
| Plaintiff, ) | |
| vs. ) | ORDER CONTINUING PRELIMINARY HEARING |
| AMIR ADNAN ABUKHATER ) | |
| Defendant. ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

**IT IS HEREBY ORDERED** that the preliminary hearing in the above-captioned matter currently scheduled for February 14, 2013, at the hour of 4:00 p.m., be vacated and continued to March 14th, 2013, at the hour of 4:00p .m.

DATED this ""36vj day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

3